UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:26-cv-01720-ELR-CCB |
| v. | : | |
| | : | JURY TRIAL DEMAND |
| EXEL INC. d/b/a DHL SUPPLY CHAIN (USA), | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

COMES NOW Steven A. Wagner and files this Notice of Entry of Appearance as co-counsel on behalf of Plaintiff Equal Employment Opportunity Commission ("EEOC") in this lawsuit. My address and contact information is:

Steven A. Wagner
Equal Employment Opportunity
Commission - ATL
100 Alabama Street, S.W.
Suite 4R30
Atlanta, Georgia 30303
Tel: (470) 531-4838
Fax: (404) 562-6905
Email: steven.wagner@eeoc.gov

Respectfully submitted, this 1st day of April, 2026.

> */s/ Steven A. Wagner*
> Steven A. Wagner
> Georgia Bar No. 000529
> Equal Employment Opportunity
> Commission - ATL
> 100 Alabama Street, S.W.
> Suite 4R30
> Atlanta, Georgia 30303
> Tel: (470) 531-4838
> Fax: (404) 562-6905
> Email: steven.wagner@eeoc.gov
>
> Counsel for Plaintiff EEOC

## **CERTIFICATION OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel certifies that this Notice of Appearance

was prepared using Times New Roman 14-point font.

This 1st day of April, 2026.

> s/Steven A. Wagner
> Steven A. Wagner
> Georgia Bar No. 000529